FILED
IN CLERKS OFFICE COPY

IN THE UNITED STATES DISTRICT COURT A II: 38
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Frances Hoffman, et al. | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO. _____ |
| Indevus Pharmaceuticals, Inc., F/K/A Interneuron | ) |
| Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home | ) |
| Products Corporation; Wyeth Pharmaceuticals, Inc. F/K/A | ) 04  11287 GAO |
| Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American | ) |
| Home Products Corporation; and Boehringer Ingelheim | ) |
| Pharmaceuticals, Inc. | ) |
| Defendants. | ) |

## NOTICE OF ORDER REFERRING REMAND MOTIONS IN
## DIET DRUG CASES TO A SINGLE JUDGE FOR DECISION

This case is one of over 200 diet drug cases originally filed on behalf of approximately 4,500

plaintiffs in state court in Middlesex County, Massachusetts. Wyeth is in the process of removing all of

these diet drug cases to the federal court.

In the first of these cases -- *Andrus, et al v. Indevus Pharm., Inc., et al.* – Wyeth filed a Notice of

Removal on May 7, 2004. Because the anticipated remand motions in *Andrus* and this and the other diet

drug cases likely will raise similar, if not identical issues, Wyeth filed in *Andrus* a Motion to Refer

Decision of Remand Motions in All Diet Drug Cases to a Single Judge for Decision. On May 19, 2004,

the court (O'Toole, J.) entered an order granting Wyeth's motion.

Respectfully submitted this 10th day of June, 2004.

/s/ Janice W. Howe
William A. McCormack  BBO #329580
Janice W. Howe BBO #242190
David Yamin BBO #562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000
*Counsel for Defendants Wyeth and
Wyeth Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Notice of Order Referring Remand Motions in Diet

Drug Cases to a Single Judge for Decision upon all parties to the above-captioned action by hand or by

United States First Class Mail, postage prepaid, to the following:

**By Hand**
Edward J. Barshak, Esq.
Michael S. Appel, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114

**By United States First Class Mail**
J. Michael Moore, Esq.
Guerra & Moore, Ltd., LLP
440 Louisiana, Suite 1510
Houston, TX 77002
*Counsel for Plaintiffs*

**By Hand**
Matthew J. Matule, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc.*

This 10th day of June, 2004.

/s/ Janice W. Howe
Janice W. Howe
*Counsel for Defendants Wyeth*
*and Wyeth Pharmaceuticals, Inc.*