UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANCES HOFFMAN, BETH HOLLIS, SUSAN      :
JUUL, DIANE KAUFFMAN, LOUIS              :
LACARIERE, SHERYL MARTIN, MARILYN        :
MCEVOY, SUSAN MIKESELL, JACK             :
MONZON, KIM MORRIS, KATHLEEN             :
MORROW, JENNIFER MYRICK, VENICE          :
NEWLING, MATTIE NORMAN, SUZANNE          :
PAPCUN, DELORES PEARSON, PEGGY POE,      :
LONI REDMAN, LORI ROMINE, KAREN          :
THARP,                                   :
                                         :
        Plaintiffs.                      :   Civil Action
v.                                       :   No. 04-11287-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                          Respectfully submitted,
     Boston, Massachusetts

                                                      /s/Matthew J. Matule
                                                    Matthew J. Matule (BBO #632075)
                                                    SKADDEN, ARPS, SLATE,
Of Counsel:                                        MEAGHER & FLOM LLP
Barbara Wrubel                                   One Beacon Street
Katherine Armstrong                              Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                            (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                   Counsel for Defendant
                                                    Boehringer Ingelheim Pharmaceuticals, Inc.